UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FLORES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC,<br><br>　　　　Defendant. | No. 2:23-cv-01041-DAD-KJN<br><br>ORDER GIVING EFFECT TO STIPULATION RESOLVING ATTORNEYS' FEES AND COSTS<br><br>(Doc. No. 27) |

　　　　On October 17, 2023, following plaintiff's acceptance of defendant's Federal Rule of Civil Procedure 68 offer of judgment, the court directed the Clerk of the Court to enter judgment in favor of plaintiff and against defendant in the amount of $208,278.00, plus reasonable attorneys' fees and costs. (Doc. No 20 at 2.) At the time, the parties were still negotiating attorneys' fees and costs, and they were considering either filing a noticed motion for the court to determine the attorneys' fees and costs or resolving the attorneys' fees and costs themselves. (*Id.*)

　　　　Subsequently, on January 26, 2024, the parties filed a stipulation, agreeing that to resolve attorneys' fees and costs, defendant would pay plaintiff's counsel $18,500 by no later than March 25, 2024. (Doc. No. 27 at 2.)

　　　　Accordingly,

　　　　1.　　Defendant shall pay plaintiff's counsel $18,500 in attorneys' fees and costs no later than March 25, 2024; and

1

2. Within fourteen (14) days of the payment as ordered, plaintiff shall file dispositional documents.

IT IS SO ORDERED.

Dated: **January 30, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE